UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

DFA HOLDINGS, Inc.,
a Florida company,

    Plaintiff

v.

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,
a foreign company

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

DFA HOLDINGS, INC, Plaintiff, hereby sues its insurer, NEW YORK MARINE AND GENERAL INSURANCE COMPANY, Defendant, for breach of contract and for damages including payment of its attorneys fees and costs and says:

### JURISDICTION AND PARTIES

1. This is an action for breach of contract which well exceeds $75,000.00, exclusive of interest, costs and attorneys' fees

2. Plaintiff, DFA HOLDINGS, INC., ("DFA") is a Florida corporation with its principal place of business in Florida.

3. Defendant, NEW YORK MARINE AND GENERAL INSURANCE COMPANY ("New York Marine") is a New York company, with its principal place of business in New York, which does business in Florida.

4. The cause of action herein involves New York Marine's failure to pay a covered claim, which arose in Miami-Dade County, Florida. Venue is therefore proper in this district which includes Miami-Dade County, Florida.

## COUNT ONE: BREACH OF CONTRACT

5. Plaintiff repeats and re-alleges paragraphs 1 through 4 as if fully set forth herein.

6. Plaintiff purchased from Defendant a policy of insurance, a true copy of which is Exhibit A hereto. This relevant policy, Policy No. 57628MC507, was in effect from April 23, 2007 through April 23, 2008.

7. Plaintiff complied with all of its duties under that policy and all conditions precedent to coverage have been performed, satisfied or waived.

8. Defendant has breached the policy by failing to pay a covered claim, namely, damage to covered lawful merchandise shipped by Insured which was physically damaged in the amount of $343,420.18, plus survey costs of $2,244.16.

9. The loss occurred in two incidents dated January, 2008 and April 17, 2008, which were within the coverage period of the policy. Specifically, two shipments made by Mont Blanc to Plaintiff via DHL were partially damaged.

10. Plaintiff has given Defendant notice under the Policy but Defendant has failed and refused to pay the amount due.

11. Plaintiff has retained the services of a surveyor for the purposes of making the claim with the Defendant, and is obligated to pay them.

12. Plaintiff has retained undersigned counsel and is obligated to pay them reasonable attorney's fees.

13. Plaintiff is entitled to attorney's fees by virtue of Fla. Stat. §627.428.

2

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

14. Plaintiff demands a trial by jury on all issues so triable.

WHEREFORE, Plaintiff prays for damages, reasonable attorney's fees, costs, and any other relief to which it may be entitled.

>COFFEY BURLINGTON
>Counsel for Plaintiff
>Office in the Grove, Penthouse
>2699 South Bayshore Drive
>Miami, Florida  33133
>Tel:  305-858-2900
>Fax:  305-858-5261
>
>By: *s/ Gabriel Groisman*
>Jeffrey Crockett
>jcrockett@coffeyburlington.com
>Fla. Bar No. 347401
>Gabriel Groisman
>ggroisman@coffeyburlington.com
>Fla. Bar No. 25644

3